MORRIS GOLDBERG, as a Director of ATLANTIC FABRIC PRODUCTS, INC., Formerly Known as MURRAY GOLDBERG, INC., Respondent, *v.* HARRY GREEN, Appellant, et al., Defendants.

Submitted January 6, 1947; decided January 16, 1947.

*Homer I. Harris* for motion.
*Stephen Callaghan* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.